

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Landon Brodie Harris,

Vs. No. 11-21-00071-CR

The State of Texas,

\* From the 32nd District Court
of Mitchell County,
Trial Court Nos. 8001A, 8002A, 8003A,
8005A, 8006A, 8008A, 8125, & 8126.

\* February 9, 2023

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.